IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WILLIAM JONES,<br><br>　　　　　　Defendants. | 4:16CR3047<br><br>ORDER |

IT IS ORDERED:

1)　　The defendant's motion for temporary release, (filing no. 38), is granted.

2)　　The defendant shall comply with all terms and conditions of his pretrial release except as follows:

>　　From August 12 through August 14, 2016 the electronic monitoring and curfew conditions of Defendant's pretrial release will be temporarily suspended while Defendant visits his fiance in Hastings, Nebraska. During this temporary modification of Defendant's conditions of release:
>
>　　a.　　Defendant must maintain in telephonic contact with the pretrial services office in accordance with the directions of his supervising officer, and
>
>　　b.　　Defendant shall not be present with any person under the age of 18, including his fiance's 10-year-old daughter, unless another adult is also present.

August 11, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge